IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ASHLEY D. BLAIR**                                                                                      **PLAINTIFF**

v.                                                                  CIVIL ACTION NO. 2:23-cv-126-TBM-RPM

**HATTIESBURG CLINIC**                                                                          **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [8] entered by United States Magistrate Judge Robert P. Myers on January 22, 2024. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that Report and Recommendation [8] entered by United States Magistrate Judge Robert P. Myers on January 22, 2024, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff's Motion for Leave to File Medical Malpractice for Negligence [9] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

This CASE is CLOSED.

THIS, the 16th day of April, 2024.

                                            TAYLOR B. McNEEL
                                        UNITED STATES DISTRICT JUDGE